1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    UMPQUA BANK,

10              Plaintiff,                    No. CIV S-09-3208 WBS EFB

11         vs.

12   FIRST AMERICAN TITLE
     INSURANCE COMPANY,
13                                            <u>ORDER</u>
                Defendant.
14   _____/

15         This case was referred to the undersigned pursuant to Eastern District of California Local

16   Rule 302(c)(19) and 28 U.S.C. § 636(b)(1) for hearing on plaintiff's motion for entry of default

17   judgment against defendant First American Title Insurance Company.  Dckt. No. 10.  On April

18   5, 2010, defendant filed a motion to set aside the clerk's December 15, 2009 entry of default

19   against it, Dckt. No. 15, and the parties also filed a stipulation to set aside the clerk's entry of

20   default, Dckt. No. 16.  In light of the parties' stipulation, defendant's motion to set aside default,

21   Dckt. No. 15, is granted, and plaintiff's motion for default judgment, Dckt. No. 10, is deemed

22   withdrawn.  The clerk's December 15, 2009 entry of default against defendant, Dckt. No. 9, is

23   set aside.

24   DATED:  April 8, 2010.

25                                            EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE
26