THOMAS E. ALBORG (SBN 056425)
DARRELL C. MARTIN (SBN 191773)
ALBORG, VEILUVA & MARTIN LLP
2121 N. California Blvd., Suite 1010
Walnut Creek, CA 94596
Tel: 925-939-9880
Fax: 925-939-9915

Attorneys for Plaintiff
UMPQUA BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMPQUA BANK, an Oregon chartered bank,<br><br>          Plaintiff,<br><br> vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,<br><br>          Defendant. | Case No. 2:09-03208 WBS EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESCHEDULE TRIAL DATE AND ALL PRETRIAL DEADLINES.** |

**Alborg, Veiluva & Martin LLP**
2121 N. California Blvd., Suite 1010
Walnut Creek CA 94596
Tel: 925.939.9880
Fax: 925.939.9915

1        09cv3208 Umpqua Bank - Stip to Cont Pretrial Dates.doc
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE TRIAL DATE AND PRETRIAL DEADLINES


**WHEREAS** Plaintiff Umpqua Bank ("Umpqua") and Defendant First American Title Insurance Company ("First American") are presently engaged in discussions to resolve the claims and disputes between them, which will be hindered if the June 9, 2010 pretrial scheduling order, and its related deadlines remain on calendar;

**WHEREAS** Umpqua and First American are presently engaged in discovery in the above-captioned action, including the exchange of documents and information related to their respective claims and defenses;

**WHEREAS** a dispute has recently arisen between Umpqua and First American concerning whether certain documents in the possession of First American are discoverable, and which is the subject of active meet and confer discussions between the parties;

**WHEREAS** if Umpqua and First American are unable to resolve their discovery disputes, Umpqua will be required to seek resolution of the dispute through a motion with the Court, which would also be hindered if the June 9, 2010 pretrial scheduling order, and its related deadlines remain on calendar;

**WHEREAS** the expert witness retained by First American is unavailable to attend the currently scheduled trial date of August 9, 2011, and will not be available to attend any trial until October 15, 2011;

**WHEREAS** the parties have been advised by the clerk for the Honorable Judge William B. Shubb that the next available date for trial after October 15, 2011, is October 18, 2011;

**THEREFORE**, Umpqua and First American stipulate and agree to modify the June 9, 2010 pretrial scheduling order as follows:

1. To vacate the November 22, 2010 deadline to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2), and reschedule said deadline to **January 21, 2011**;

2. To vacate the February 14, 2011 deadline to "complete" discovery (as defined in the June 9, 2010 pretrial scheduling order), and reschedule said deadline to **April 15, 2011**;

**Alborg, Veiluva & Martin LLP**
2121 N. California Blvd., Suite 1010
Walnut Creek
CA 94596
Tel: 925.939.9880
Fax: 925.939.9915

3. To vacate the April 4, 2011 deadline for filing all motions, except for motions for continuances, temporary restraining orders, or other emergency applications, and reschedule said deadline to **June 3, 2011**;

4. To vacate the June 13, 2011 Final Pretrial Conference date, and reschedule said conference for **August 12, 2011**;

5. To vacate the August 9, 2011 trial date and reschedule said trial date for **October 18, 2011**; and

6. Unless expressly modified herein, all other conditions and obligations set forth in the June 9, 2010 pretrial scheduling order shall remain in full force and effect.

**IT IS SO STIPULATED.**

Dated:  November 15, 2010                ALBORG, VEILUVA & MARTIN LLP

By:     /s/ Darrell C. Martin
THOMAS E. ALBORG
DARRELL C. MARTIN
Attorneys for Umpqua Bank

Dated:  November 15, 2010                CVM LAW GROUP, LLP

By:     /s/ Robert D. Collins
ROBERT D. COLLINS
ANTHONY S. COSS
Attorneys for First American Title Insurance Company

Alborg, Veiluva & Martin LLP
2121 N. California Blvd., Suite 1010
Walnut Creek
CA 94596
Tel:  925.939.9880
Fax: 925.939.9915

# **ORDER**

The Court having considered the Stipulation of the parties to the above-captioned action, and good cause having been shown, hereby ORDERS that the June 9, 2010 pretrial scheduling order is modified and amended as follows:

1. The November 22, 2010 deadline to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) is hereby vacated and rescheduled to **January 21, 2011**;

2. The February 14, 2011 deadline to "complete" discovery (as defined in the June 9, 2010 pretrial scheduling order) is vacated and rescheduled to **April 15, 2011**;

3. The April 4, 2011 deadline for filing all motions, except for motions for continuances, temporary restraining orders, or other emergency applications is vacated and rescheduled to **June 3, 2011**;

4. The June 13, 2011 Final Pretrial Conference is vacated and rescheduled for **August 8, 2011 at 2:00 p.m.**;

5. The August 9, 2011 trial date is vacated and rescheduled for **October 18, 2011 at 9:00 a.m.**; and

6. All other conditions and obligations set forth in the June 9, 2010 pretrial scheduling order shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: November 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Alborg, Veiluva & Martin LLP**
2121 N. California Blvd., Suite 1010
Walnut Creek
CA 94596
Tel: 925.939.9880
Fax: 925.939.9915

4    09cv3208 Umpqua Bank - Stip to Cont Pretrial Dates.doc
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE TRIAL DATE AND PRETRIAL DEADLINES