THOMAS E. ALBORG (SBN 056425)
DARRELL C. MARTIN (SBN 191773)
ALBORG, VEILUVA & MARTIN LLP
2121 N. California Blvd., Suite 1010
Walnut Creek, CA 94596
Tel: 925-939-9880
Fax: 925-939-9915

Attorneys for Plaintiff
UMPQUA BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMPQUA BANK, an Oregon chartered bank,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,<br><br>    Defendant. | Case No. 2:09-03208 WBS EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESCHEDULE TRIAL DATE AND ALL PRETRIAL DEADLINES.** |

**Alborg, Veiluva & Martin LLP**
2121 N. California Blvd., Suite 1010
Walnut Creek CA 94596
Tel: 925.939.9880
Fax: 925.939.9915

1    09cv3208 Umpqua Bank- Stip to Cont Trial and Pretrial Dates.doc
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE TRIAL DATE AND PRETRIAL DEADLINES

**WHEREAS** Plaintiff Umpqua Bank ("Umpqua") and Defendant First American Title Insurance Company ("First American") are presently engaged in discovery related to their respective prosecution/defense of this action.

**WHEREAS** prior to March 17, 2011, Umpqua and First American limited their discovery given their ongoing dispute regarding the production of previously withheld documents and information based upon attorney-client and attorney work product privileges, as well as the pendency of this Court's ruling on Umpqua's Motion to Compel that would resolve the discovery dispute.

**WHEREAS** on March 17, 2011, this Court issued a ruling on Umpqua's Motion to Compel that resolved the discovery dispute, clarified the scope and extent of certain discovery to be undertaken by the parties, and ordered the production of previously withheld documents and information.

**WHEREAS**, on March 23, 2011, Umpqua produced to First American additional, voluminous documents that will require time for First American's counsel to review and analyze.

**WHEREAS** the date for the scheduled close of discovery in this matter is April 15, 2011, and neither Umpqua nor First American believe that they will be able to timely complete discovery, including party, percipient witness and person most qualified depositions, given the time necessary for First American to comply with the Court's ruling on the Motion to Compel, as well as the time necessary for Umpqua to review and analyze the additional documents to be produced by First American;

**WHEREAS** the parties have been advised by the clerk for the Honorable Judge William B. Shubb that January 31, 2012 an available date for trial in January 2012;

**THEREFORE**, Umpqua and First American stipulate and agree to modify the November 19, 2010 revised pretrial scheduling order, and respectfully request the Court to enter an Order as follows:

1. To vacate the April 15, 2011 deadline to "complete" discovery (as defined in the June 9, 2010 pretrial scheduling order), and reschedule said deadline to **July 1, 2011**;

Alborg, Veiluva & Martin LLP
2121 N. California Blvd., Suite 1010
Walnut Creek CA 94596
Tel: 925.939.9880
Fax: 925.939.9915

2   09cv3208 Umpqua Bank- Stip to Cont Trial and Pretrial Dates.doc
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE TRIAL DATE AND PRETRIAL DEADLINES

2. To vacate the June 3, 2011 deadline for filing all motions, except for motions for continuances, temporary restraining orders, or other emergency applications, and reschedule said deadline to **August 24, 2011**;

3. To vacate the August 12, 2011 Final Pretrial Conference date, and reschedule said conference for **November 2, 2011**;

4. To vacate the October 18, 2011 trial date and reschedule said trial date for **January 31, 2010**; and

5. Unless expressly modified herein, all other conditions and obligations set forth in the November 19, 2010 revised pretrial scheduling order shall remain in full force and effect.

**IT IS SO STIPULATED.**

Dated:  March 30, 2011                          ALBORG, VEILUVA & MARTIN LLP

By:   /s/ Darrell C. Martin
THOMAS E. ALBORG
DARRELL C. MARTIN
Attorneys for Umpqua Bank

Dated:  March 30, 2011                          CVM LAW GROUP, LLP

By:   /s/ Robert D. Collins
ROBERT D. COLLINS
ANTHONY S. COSS
Attorneys for First American Title Insurance Company

Alborg, Veiluva & Martin LLP
2121 N. California Blvd., Suite 1010
Walnut Creek CA 94596
Tel: 925.939.9880
Fax: 925.939.9915

3   09cv3208 Umpqua Bank- Stip to Cont Trial and Pretrial Dates.doc
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE TRIAL DATE AND PRETRIAL DEADLINES

## ORDER

The Court having considered the Stipulation of the parties to the above-captioned action, and good cause having been shown, hereby ORDERS that the November 19, 2010 revised pretrial scheduling order is modified and amended as follows:

1. The April 15, 2011 deadline to "complete" discovery (as defined in the June 9, 2010 pretrial scheduling order) is vacated and rescheduled to **July 1, 2011**;

2. The June 3, 2011 deadline for filing all motions, except for motions for continuances, temporary restraining orders, or other emergency applications is vacated and rescheduled to **August 24, 2011**;

3. The August 12, 2011 Final Pretrial Conference is vacated and rescheduled for **October 31, 2011 at 2:00 p.m.**

4. The October 18, 2011 trial date is vacated and rescheduled for **January 31, 2012**; and

5. All other conditions and obligations set forth in the November 19, 2010 revised pretrial scheduling order shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: March 31, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Alborg, Veiluva & Martin LLP
2121 N. California Blvd., Suite 1010
Walnut Creek CA 94596
Tel: 925.939.9880
Fax: 925.939.9915

4   09cv3208 Umpqua Bank- Stip to Cont Trial and Pretrial Dates.doc
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE TRIAL DATE AND PRETRIAL DEADLINES