1  THOMAS E. ALBORG (SBN 056425)
2  MICHAEL J. VEILUVA (SBN 100419)
   DARRELL C. MARTIN (SBN 191773)
3  ALBORG, VEILUVA & MARTIN LLP
   2121 N. California Blvd., Suite 1010
4  Walnut Creek, CA 94596
   Tel: 925-939-9880
5  Fax: 925-939-9915

6  Attorneys for Plaintiff
   UMPQUA BANK

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UMPQUA BANK, an Oregon chartered bank, | Case No. 2:09-cv-03208-WBS-EFB
12 |     Plaintiff,                          | **STIPULATION TO RESCHEDULE HEARING AND [PROPOSED] ORDER**
13 |   vs.                                   |
14 | FIRST AMERICAN TITLE INSURANCE          | Hearing Information:
   | COMPANY, a California corporation,      | Date:  September 26, 2011
15 |                                          | Time:  2:00 p.m.
   |     Defendant.                           | Ctrm.: 5
16 |                                          | Judge: Hon. Judge William B. Shubb

17

18     **WHEREAS** Defendant FIRST AMERICAN TITLE INSURANCE COMPANY

19 ("Defendant") has noticed a Motion for Summary Judgment or, in the Alternative, Partial

20 Summary Judgment ("MSJ") as against Plaintiff UMPQUA BANK ("Umpqua"), which is set

21 for hearing on September 26, 2011 at 2:00 p.m. in Courtroom 5 of the above-captioned court;

22     **WHEREAS** certain counsel for Umpqua are presently unavailable to participate in

23 preparing Umpqua's opposition to Defendant's MSJ, though their participation is necessary for

24 the effective representation of Umpqua in these proceedings, and which will be significantly

25 hindered if the aforementioned MSJ remains set for hearing on September 26, 2011;

26

27

28
                                    1         09cv3208 Umpqua Bank - Stip to Cont Motn for SJ and
PTC.doc

**WHEREAS** counsel for Defendant and Umpqua have met and conferred and agree that rescheduling the hearing for Defendant's MSJ to a later date would allow Plaintiff and its counsel adequate time to prepare its opposition to the MSJ in light of the unavailability of other Umpqua counsel;

**WHEREAS** the clerk for the Honorable Judge William B. Shubb has advised that the next available date for a hearing on a Motion for Summary Judgment before the Honorable Judge William B. Shubb would be October 11, 2011;

**THEREFORE,** counsel for Defendant and Umpqua stipulate as follows: to vacate the hearing on Defendant's MSJ currently set for September 26, 2011, and reschedule the hearing to October 11, 2011, or such later date as is convenient for the Court.

| | |
|---|---|
| /s/ Kelley M. Lincoln | September 9, 2011 |

MICHAEL T. FOGARTY
KELLEY M. LINCOLN
Counsel for Defendant FIRST AMERICAN TITLE INSURANCE COMPANY

| | |
|---|---|
| /s/ Darrell C. Martin | September 9, 2011 |

DARRELL C. MARTIN
Counsel for Plaintiff
UMPQUA BANK

## **ORDER**

IT IS HEREBY ORDERED as follows:

1. The hearing on Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, which is currently scheduled for September 26, 2011, is hereby **VACATED AND RESCHEDULED** for October 11, 2011 at 2:00 p.m. in Courtroom 5 of the United States District Court for the Eastern District of California;

2. All filing deadlines for (1) any opposition to the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, and/or (2) any reply brief in support of the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment shall be governed by the Federal Rules of Civil Procedure and Local Rules for the United States District Court for the Eastern District of California, and based upon the new hearing date of October 11, 2011.

3. The Pretrial Conference is **continued** to **December 12, 2011 at 2:00 p.m.**

DATED: September 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PTC.doc

3     09cv3208 Umpqua Bank - Stip to Cont Motn for SJ and

STIPULATION AND ORDER